UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(RURAL DEVELOPMENT)
    Plaintiff,

v.

MYRNA CINTRON RIVERA,
RIGOBERTO SANTIAGO RIVERA, and
the conjugal partnership
constituted by both,
    Defendants.

Civ. No. 96-2428 (PG)

| MOTION | ORDER |
|---|---|
| Docket # **23** - MOTION TO SET ASIDE SALE. | **MOOT.** See Docket No. 25. |

Date: October 21, 2002.

*[signature]*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge